In the Matter of the Application of Osher Morgenstern against The State Liquor Authority.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

Lewis Glusman and Joseph Tiano v. Housatt Realty Corporation and Others, Impleaded with Minnie Bank.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer and Cohn, JJ.

Irene B. Clark and Another v. James M. Townsend, Administrator c. t. a. of the Estate of John C. Townsend, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

Ruth A. Sheehy, on Behalf of Herself and All Other Residents and Milk Consumers in the Metropolitan Area Consisting of the City of New York and Counties of Westchester, Rockland, Nassau and Suffolk, in the State of New York, v. Peter G. Ten Eyck, Commissioner of Agriculture and Markets of the State of New York, and Another.— Motion for leave to appeal to the Court of Appeals and to enjoin defendants denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

Sunshine Farms, Inc., v. Peter G. Ten Eyck, as Commissioner of Agriculture and Markets of the State of New York, and Another.— Motion for leave to appeal to the Court of Appeals and to enjoin defendants denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

J. M. A., Inc., v. Title Guarantee and Trust Company.— Motion for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Untermyer and Cohn, JJ.

## (October 16, 1936.)

Andrew Finn, Appellant, v. Morris Paul and Jacob M. Grob, Trading as I. Grob & Company, Respondents. William Finn, an Infant, by Andrew Finn, His Guardian ad Litem, Appellant, v. Morris Paul and Jacob M. Grob, Trading as I. Grob & Company, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of James Amm, Deceased. Ralph G. Blodgett, Administrator-Appellant; State Tax Commission, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Louis Rovegno and Clotilda Rovegno, Respondents, v. Corinne Parrott Kane, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Proving of the Last Will and Testament of James Collins, Deceased, as a Will of Real and Personal Property. George F. Lynch and Delia McCarthy, Proponents, Respondents; Frank Collins, Contestant, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.